**FILED**
April 01, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CLARENCE ENYI MFOR, | § | |
| Petitioner, | § | |
| v. | § | **NO. SA-26-CV-01576-OLG** |
| U.S. ATTORNEY GENERAL PAMELA BONDI *et al.*, | § | |
| Respondents. | § | |

## ORDER

Before the Court is Respondents' request to consolidate this case with SA-26-CV-1155-OLG—another habeas proceeding filed by Petitioner, via different counsel, on February 23, 2026. (Dkt. No. 6.) The Court, however, has since granted Petitioner's first-filed Petition, requiring Respondents to release him under conditions no more restrictive than those in place before the detention at issue in that case. *See Mfor-Enyi v. Thompson*, No. 26-CV-1155-OLG, Dkt. No. 11 (W.D. Tex. Mar. 25, 2026). Because this case involves the same detention of the same Petitioner, his later-filed Petition (Dkt. No. 1) is moot.

It is therefore **ORDERED** that this duplicative habeas proceeding is **DISMISSED WITHOUT PREJUDICE.**

Respondents' Motion to Consolidate Cases (Dkt. No. 6) is **DISMISSED AS MOOT**.

This case is **CLOSED.**

**SIGNED** on April 1, 2026.

_____
ORLANDO L. GARCIA
United States District Judge